**STATE of Missouri, Respondent,**

v.

**David Lee MARTIN, Appellant.**

**No. ED 101426**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

Filed: June 16, 2015

Andrew E. Zleit, Missouri Public Defender Office, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Adam Rowley, Asst. Atty. Gen., for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM.

David Lee Martin appeals the judgment entered upon a jury verdict convicting him of six counts of first-degree child molestation, two counts of victim tampering, and three counts of third-degree assault. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-